**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHN ZENC, | ) | No. EDCV 14-1464-FMO (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A.M. GONZALES, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATED: August 1, 2014

/s/
FERNANDO M. OLGUIN
United States District Judge